```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :        NOLLE PROSEQUI
                                    :
        - v. -                      :        19 Cr. 67 (PGG)
                                    :
EDWIN TANGLAO,                      :
                                    :
                Defendant.          :
                                    :
- - - - - - - - - - - - - - - - - - X
```

       1.    The filing of this nolle prosequi will dispose of this case with respect to EDWIN TANGLAO, the defendant.

       2.    On January 3, 2019, Indictment 19 Cr. 67 (PGG) (the "Indictment") was returned, charging EDWIN TANGLAO, the defendant, with participating in a wire fraud conspiracy, in violation of 18 U.S.C. § 1349.

       3.    On or about April 2, 2020, while the above-captioned case was pending, but prior to any trial or other disposition, EDWIN TANGLAO, the defendant, died.

       4.    Because EDWIN TANGLAO, the defendant, died while this case was pending, and therefore before a final judgment was issued, the Indictment must be dismissed under the rule of abatement.  *See United States v. Wright*, 160 F.3d 905, 908 (2d Cir. 1998).

5. Accordingly, I recommend that an order of nolle prosequi be filed as to defendant EDWIN TANGLAO.

_____
Nicholas W. Chiuchiolo
Assistant United States Attorney
(212) 637-1247

Dated:   New York, New York
         May 31, 2020

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant EDWIN TANGLAO with respect to Indictment 19 Cr. 67 (PGG).

_____
Geoffrey S. Berman
United States Attorney
Southern District of New York

Dated:   New York, New York
         June 1, 2020

SO ORDERED:   _____
              HONORABLE PAUL G. GARDEPHE
              United States District Judge
              Southern District of New York

Dated:   New York, New York
         __June 2_____, 2020

2